UCS-840(REV 1/2000)

## REQUEST FOR JUDICIAL INTERVENTION

| Supreme Court | Orange | 2007 6035 | | For Clerk Only |
|---|---|---|---|---|
| COURT | COUNTY | INDEX NO. | DATE PURCHASED | |

PLAINTIFF(S):
    City of Middletown, et al.

IAS entry date

DEFENDANT(S):
    Pencor-Masada OxyNol, LLC

Judge Assigned

RJI Date

Date issue joined: _____ Bill of particulars served (Y/N):  [ ]Yes   [x]No

**NATURE OF JUDICIAL INTERVENTION** (check **ONE** box only **AND** enter information)

[ ] Request for preliminary conference

[ ] Note of issue and/or certificate of readiness

[ ] Notice of motion (return date:_____)
    Relief sought _____

[X] Order to show cause
    (clerk enter return date:_____)
    Relief sought Stay of Arbitration

[ ] Other ex parte application (specify:
_____)

[ ] Notice of petition (return date:_____)
    Relief sought _____

[ ] Notice of medical or dental malpractice action (specify:_____)

[ ] Statement of net worth

[ ] Writ of habeas corpus

[ ] Other (specify: _____
_____)

FILED ORANGE COUNTY CLERK 2007 JUL -9 A 10: 22  ORIGINAL FILED

**NATURE OF ACTION OR PROCEEDING** (Check **ONE** box only)

**MATRIMONIAL**
| | |
|---|---|
| [ ] Contested | -CM |
| [ ] Uncontested | -UM |

**COMMERCIAL**
| | |
|---|---|
| [ ] Contract | -CONT |
| [ ] Corporate | -CORP |
| [ ] Insurance (where insurer is a party, except arbitration) | -INS |
| [ ] UCC (including sales, negotiable instruments) | -UCC |
| [ ] *Other Commercial | -OC |

**REAL PROPERTY**
| | |
|---|---|
| [ ] Tax Certiorari | -TAX |
| [ ] Foreclosure | -FOR |
| [ ] Condemnation | -COND |
| [ ] Landlord/Tenant | -LT |
| [ ] *Other Real Property | -ORP |

**OTHER MATTERS**
| | |
|---|---|
| [ ] *_____ | -OTH |

**TORTS**

Malpractice
| | |
|---|---|
| [ ] Medical/Podiatric | -MM |
| [ ] Dental | -DM |
| [ ] *Other Professional | -OPM |

| | |
|---|---|
| [ ] Motor Vehicle | -MV |
| [ ] *Products Liability | -PL |
| [ ] Environmental | -EN |
| [ ] Asbestos | -ASB |
| [ ] Breast Implant | -BI |
| [ ] *Other Negligence | -OTN |
| [ ] *Other Tort (including intentional) | -OT |

**SPECIAL PROCEEDINGS**
| | |
|---|---|
| [X] Art. 75 (Arbitration) | -ART75 |
| [ ] Art. 77 (Trusts) | -ART77 |
| [ ] Art. 78 | -ART78 |
| [ ] Election Law | -ELEC |
| [ ] Guardianship (MHL Art. 81) | -GUARD81 |
| [ ] *Other Mental Hygiene | -MHYG |
| [ ] *Other Special Proceeding | -OSP |

Check "YES" or "NO" for each of the following questions:

Is this action/proceeding against a

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| [X] | [ ] | Municipality: (Specify City of Middletown ) | [ ] | [ ] | Public Authority: (Specify_____) |

| YES | NO | |
|---|---|---|
| [X] | [ ] | Does this action/proceeding seek equitable relief? |
| [ ] | [X] | Does this action/proceeding seek recovery for personal injury? |
| [ ] | [X] | Does this action/proceeding seek recovery for property damage? |

Pre-Note Time Frames:
(This applies to all cases except contested matrimonials and tax certiorari cases)

Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Issue):

☐ Expedited: 0-8 months        ☒ Standard: 9-12 months        ☐ Complex: 13-15 months

Contested Matrimonial Cases Only: (Check and give date)

   Has summons been served?         ☐ No         ☐ Yes, Date_____

   Was a Notice of No Necessity filed?   ☐ No         ☐ Yes, Date_____

ATTORNEY(S) FOR PLAINTIFF(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | Michael G. Murphy, Esq. | Beveridge & Diamond, P.C. | 212-702-5400 |
| ☐ | Christopher J. McKenzie, Esq. | 477 Madison Ave., 15th Fl. New York, NY 10022 | |
| ☐ | Zackary D. Knaub, Esq. | | |

ATTORNEY(S) FOR DEFENDANT(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | | | |
| ☐ | | | |

*Self Represented: parties representing themselves, without an attorney, should check the "Self Rep." box and enter their name, address, and phone # in the space provided above for attorneys.

INSURANCE CARRIERS:

RELATED CASES: (IF NONE, write "NONE" below)
| Title | Index # | Court | Nature of Relationship |
|---|---|---|---|
| None | | | |

   I AFFIRM UNDER PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: July 6, 2007

_____
(SIGNATURE)

Michael G. Murphy, Esq.
(PRINT OR TYPE NAME)

Petitioners
ATTORNEY FOR

ATTACH RIDER SHEET IF NECESSARY TO PROVIDE REQUIRED INFORMATION

\forms\rji2000.wpd