NAP/lmf                             06404-51237                             #398450



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CITY OF MIDDLETOWN, MARLINDA DUNCANSON,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY                **RULE 7.1 DISCLOSURE**
AS MAYOR OF THE CITY OF MIDDLETOWN,                      **STATEMENT**
ROBERT MOSON, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE COMMON COUNCIL OF                    **07 CIV. 6572**
THE CITY OF MIDDLETOWN, MAXINE MEYER,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY                **BRIEANT**
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, JAMES ROLLINS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN,
JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE CITY
OF MIDDLETOWN, GERALD KLEINER, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN, RAYMOND
DEPEW, IN HIS OFFICIAL CAPACITY AS A MEMBER
OF THE COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, AND JOEL SIERRA, IN HIS OFFICIAL
CAPACITY AS A MEMBER OF THE COMMON COUNCIL
OF THE CITY OF MIDDLETOWN,

                                        Petitioners,

        -against-

PENCOR-MASADA OXYNOL, LLC,

                                        Respondent.
-------------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned attorney of record for the Respondent PENCOR-MASADA OXYNOL, LLC (PMO) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: No PMO-related entity is publicly held.

NAP/lmf                           06404-51237                           #398450

Dated: Newburgh, New York
       July 23, 2007

                                                               Respectfully Submitted,

By: _____
     NICHOLAS A. PASCALE, ESQ.
     (NP-5766)
     TARSHIS, CATANIA, LIBERTH,
     MAHON & MILLIGRAM, PLLC
     Attorneys for the Respondent
     PENCOR-MASADA OXYNOL, LLC
     One Corwin Court
     P.O. Box 1479
     Newburgh, NY  12550
     (845)565-1100