| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>CITY OF MIDDLETOWN, MARLINDA DUNCANSON,<br>INDIVIDUALLY AND IN HER OFFICIAL CAPACITY<br>AS MAYOR OF THE CITY OF MIDDLETOWN,<br><br>ROBERT MOSON, IN HIS OFFICIAL CAPACITY<br>AS PRESIDENT OF THE COMMON COUNCIL OF<br>THE CITY OF MIDDLETOWN, MAXINE MEYER,<br><br>INDIVIDUALLY AND IN HER OFFICIAL CAPACITY<br>AS A MEMBER OF THE COMMON COUNCIL OF THE<br>CITY OF MIDDLETOWN, JAMES ROLLINS,<br>INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY<br>AS A MEMBER OF THE COMMON COUNCIL OF THE<br>CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS<br>OFFICIAL CAPACITY AS A MEMBER OF THE<br>COMMON COUNCIL OF THE CITY OF MIDDLETOWN,<br>JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY<br>AS A MEMBER OF THE COMMON COUNCIL OF<br>THE CITY OF MIDDLETOWN, GERALD KLEINER, IN HIS<br>OFFICIAL CAPACITY AS A MEMBER OF THE<br>COMMON COUNCIL OF THE CITY OF<br>MIDDLETOWN, RAYMOND DEPEW, IN HIS<br>OFFICIAL CAPACITY AS A MEMBER OF THE<br>COMMON COUNCIL OF THE CITY OF<br>MIDDLETOWN, AND JOEL SIERRA, IN HIS<br>OFFICIAL CAPACITY AS A MEMBER OF THE<br>COMMON COUNCIL OF THE CITY OF<br>MIDDLETOWN,<br><br>                                                    Petitioners,<br><br>          -against-<br><br>PENCOR-MASADA OXYNOL, LLC,<br><br>                                                    Respondent.<br>----------------------------------------------------------------------X | 07 CV 6572 (CLB)<br><br>State Court Index No.: 2007/6035<br><br>**NOTICE OF FILING OF**<br>**NOTICE OF REMOVAL** |

**<u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>**

TO:     Petitioners

PENCOR-MASADA OXYNOL, LLC, by and through its attorney of record, as set forth hereinbelow:

PLEASE TAKE NOTICE that on the 23rd day of July, 2007, PENCOR-MASADA OXYNOL, LLC, respondent in the above-entitled action, filed a notice of removal, a true copy of which is attached hereto, for the removal of the above-entitled action from the Supreme Court of the State of New York, County of Orange, bearing index number 2007/6035 therein, to the United States District Court for the Southern District of New York.

You are also advised that respondent PENCOR-MASADA OXYNOL, LLC, on filing such notice of removal in the Office of the Clerk of the United States District Court for the Southern District of New York, is filing a copy thereof with the Clerk of the Supreme Court of the State of New York, County of Orange, to effect such removal pursuant to 28 U.S.C. §1446(d).

Dated: Newburgh, New York
       July 23, 2007

                                                    Respectfully Submitted,

By:     /s/
        NICHOLAS A. PASCALE (NP-5766)
        TARSHIS, CATANIA, LIBERTH,
        MAHON & MILLIGRAM, PLLC
        Attorneys for the Respondent
        PENCOR-MASADA OXYNOL, LLC
        One Corwin Court, P.O. Box 1479
        Newburgh, NY  12550
        845)565-1100

TO: BEVERIDGE & DIAMOND, P.C.
    Attorneys for Petitioners
    477 Madison Avenue – 15th Floor
    New York, New York 10022-5802
    Tel. No. (212) 702-5400