UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CITY OF MIDDLETOWN, et al.,

        Plaintiff,

-against-                              Civil No. 07-6572 (CLB)

PENCOR MASADA OXYNOL, LLC,

        Defendants.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Enter an appearance as counsel in the above-captioned case for Petitioners City of Middletown and the individually named petitioners as follows: Christopher J. McKenzie (CM 2615); Michael G. Murphy (MM5472); and Zackary D. Knaub (ZK 1724).

I certify that the above-named attorneys are admitted to practice in this Court.

Dated: New York, New York
       July 26, 2007

                                          Respectfully submitted,

                                          BEVERIDGE & DIAMOND, P.C.

                                          By: _____
                                                Christopher J. McKenzie (CM 2615)
                                                Michael G. Murphy (MM5472)
                                                Zackary D. Knaub (ZK 1724)

                                                477 Madison Avenue, 15th Floor
                                                New York, NY 10022-5802
                                                Tel.: (212) 702-5400
                                                Fax: (212) 702-5450

86382v1 NewYork 012753