NAP/lmf                                    11593-56070                                    #408873

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CITY OF MIDDLETOWN, MARLINDA DUNCANSON,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF MIDDLETOWN,                    **AFFIDAVIT OF SERVICE**
ROBERT MOSON, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE COMMON COUNCIL OF
THE CITY OF MIDDLETOWN, MAXINE MEYER,                  07 CV 6572 (CLB)
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, JAMES ROLLINS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY              State Court Index
AS A MEMBER OF THE COMMON COUNCIL OF THE               No.: 2007/6035
CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN,
JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE CITY
OF MIDDLETOWN, GERALD KLEINER, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN, RAYMOND
DEPEW, IN HIS OFFICIAL CAPACITY AS A MEMBER
OF THE COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, AND JOEL SIERRA, IN HIS OFFICIAL
CAPACITY AS A MEMBER OF THE COMMON COUNCIL
OF THE CITY OF MIDDLETOWN,

                                    Petitioners,

    -against-

PENCOR-MASADA OXYNOL, LLC,

                                    Respondent.
-------------------------------------------------------------------X

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF ORANGE)

    JOSEPH A. CATANIA, JR., ESQ., an attorney, duly affirms under penalty of perjury as follows:

    1.    I am not a party to the action, am over 18 years of age and reside at 628 River Road, Newburgh, New York.

2.   On July 23, 2007, I served a true copy of the annexed Verified Answer with Counterclaims by delivering the same personally to the persons at the address indicated below:

TO:   Michael Murphy, Esq.
      Attorney for City of Middletown, et al.
      At the Supreme Court
      Hon. Joseph G. Owen's Courtroom
      Goshen, New York

Dated: Newburgh, New York
       July 26, 2007

_____
JOSEPH A. CATANIA, JR., ESQ.