NAP/lmf                                    11593-56070                                    #408875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITY OF MIDDLETOWN, MARLINDA DUNCANSON,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF MIDDLETOWN,                     **AFFIDAVIT OF SERVICE**
ROBERT MOSON, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE COMMON COUNCIL OF
THE CITY OF MIDDLETOWN, MAXINE MEYER,                   07 CV 6572 (CLB)
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, JAMES ROLLINS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE                State Court Index
CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS              No.: 2007/6035
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN,
JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE CITY
OF MIDDLETOWN, GERALD KLEINER, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN, RAYMOND
DEPEW, IN HIS OFFICIAL CAPACITY AS A MEMBER
OF THE COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, AND JOEL SIERRA, IN HIS OFFICIAL
CAPACITY AS A MEMBER OF THE COMMON COUNCIL
OF THE CITY OF MIDDLETOWN,

                                    Petitioners,

            -against-

PENCOR-MASADA OXYNOL, LLC,

                                    Respondent.
------------------------------------------------------------------X

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF ORANGE)

       JOSEPH A. CATANIA, JR., ESQ., an attorney, duly affirms under penalty of perjury as follows:

       1.    I am not a party to the action, am over 18 years of age and reside at 628 River Road, Newburgh, New York.

2.  On July 23, 2007, I served a true copy of the annexed DECLARATION OF COUNSEL by delivering the same personally to the persons at the address indicated below:

TO:   Michael Murphy, Esq.
      Attorney for City of Middletown, et al.
      At the Supreme Court
      Hon. Joseph G. Owen's Courtroom
      Goshen, New York

Dated: Newburgh, New York
       July 26, 2007

                                                JOSEPH A. CATANIA, JR., ESQ.