UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CITY OF MIDDLETOWN, et al.,

                Plaintiffs,

   -against-                                          Civil No. 07-6572 (CLB)

PENCOR MASADA OXYNOL, LLC,

                Defendant.
-----------------------------------------------------------------x

## NOTICE OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND TO STRIKE THE DECLARATION OF NICHOLAS A. PASCALE, ESQ., IN OPPOSITION TO PETITION

PLEASE TAKE NOTICE that, on September 28, 2007, upon the annexed Declaration of Michael Murphy, Esq., dated August 10, 2007, and the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiffs the City of Middletown and the individually named city officials will move this Court, before the Honorable Charles L. Brieant, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, for an order, pursuant to 28 U.S.C. §§ 1441 and 1447, remanding the above-captioned action to the New York Supreme Court, Orange County, and, in the event remand is not ordered, striking the declaration of Nicholas A. Pascale Esq. in opposition to the petition.

-2-

New York, NY
Dated: August 10, 2007

        Respectfully submitted,

        BEVERIDGE & DIAMOND, P.C.

        By: _____
           Christopher J. McKenzie, Esq. (CM 2615)
           Michael G. Murphy, Esq. (MM 5472)
           Zackary D. Knaub, Esq. (ZK 1724)

        477 Madison Avenue, 15th Floor
        New York, NY 10022-5802
        Tel.: (212) 702-5400
        Fax: (212) 702-5450

        Attorneys for Plaintiffs

Of Counsel:   Alex Smith, Esq. (AS 5052)
                Office of the Corporation Counsel
                City of Middletown
                16 James Street
                Middletown, New York 10940
                (845) 346-4140

86536v1 NewYork 012753