UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITY OF MIDDLETOWN, et al.,                  :
                                             :
        Plaintiffs,                         :
                                             :
   -against-                                :      Civil No. 07-6572 (CLB)
                                             :
PENCOR MASADA OXYNOL, LLC,                   :
                                             :
        Defendant.                          :
------------------------------------------------------------x

## Certificate of Service

I, Michael G. Murphy, Esq., hereby certify that true and correct copies of Plaintiffs' Notice of Motion to Remand to State Court and to Strike the Declaration of Nicholas A. Pascale, Esq. in Opposition to the Petition, the Declaration of Michael G. Murphy, Esq. dated August 10, 2007, in support of that motion, and Plaintiffs' Memorandum of Law in support of that motion were served, on the 10th day of August 2007, on all counsel electronically via the ECF filing system and by federal express on the following:

    Nicholas A. Pascale, Esq.
    Tarshis, Catania, Liberth, Mahon & Milligram, PLLC
    One Corwin Court
    Newburgh, New York 12550
    (845) 565-1100
    *Attorneys for Defendant, Pencor Masada OxyNol, LLC*

                                          _____
                                          Michael G. Murphy, Esq. (MM 5472)

86554v1  NewYork 012753