UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CITY OF MIDDLETOWN, et al.,                  :
                                             :
                    Plaintiffs,              :
                                             :
        -against-                            :     Civil No. 07-6572 (CLB)
                                             :
PENCOR MASADA OXYNOL, LLC,                   :
                                             :
                    Defendant.               :
------------------------------------------------------------------x

### Certificate of Service

I, Michael G. Murphy, Esq., hereby certify that true and correct copies of Plaintiffs' Reply of the Counterclaim of Defendant Pencor Masada OxyNol, LLC, dated August 10, 2007, was served, on the 10th day of August 2007, on all counsel electronically via the ECF filing system and by federal express on the following:

   Nicholas A. Pascale, Esq.
   Tarshis, Catania, Liberth, Mahon & Milligram, PLLC
   One Corwin Court
   Newburgh, New York 12550
   (845) 565-1100
   *Attorneys for Defendant, Pencor Masada OxyNol, LLC*

                                   _____
                                   Michael G. Murphy, Esq. (MM 5472)

86555v1 NewYork 012753