UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF MIDDLETOWN, MARLINDA DUNCANSON,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF MIDDLETOWN,

ROBERT MOSON, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE COMMON COUNCIL OF
THE CITY OF MIDDLETOWN, MAXINE MEYER,

INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, JAMES ROLLINS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE
COMMON COUNCIL OF THE CITY OF MIDDLETOWN,
JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF
THE CITY OF MIDDLETOWN, GERALD KLEINER, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE
COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, RAYMOND DEPEW, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE
COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, AND JOEL SIERRA, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE
COMMON COUNCIL OF THE CITY OF
MIDDLETOWN,

                              Petitioners,

     -against-

PENCOR-MASADA OXYNOL, LLC,

                              Respondent.
------------------------------------------------------------X

07 CV 6572 (CLB)

State Court Index No.: 2007/6035

**NOTICE OF FILING OF NOTICE OF REMOVAL**

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Petitioners

PENCOR-MASADA OXYNOL, LLC, by and through its attorney of record, as set forth hereinbelow:

PLEASE TAKE NOTICE that on the 23rd day of July, 2007, PENCOR-MASADA OXYNOL, LLC, respondent in the above-entitled action, filed a notice of removal, a true copy of which is attached hereto, for the removal of the above-entitled action from the Supreme Court of the State of New York, County of Orange, bearing index number 2007/6035 therein, to the United States District Court for the Southern District of New York.

You are also advised that respondent PENCOR-MASADA OXYNOL, LLC, on filing such notice of removal in the Office of the Clerk of the United States District Court for the Southern District of New York, is filing a copy thereof with the Clerk of the Supreme Court of the State of New York, County of Orange, to effect such removal pursuant to 28 U.S.C. §1446(d).

Dated: Newburgh, New York
       July 23, 2007

                                    Respectfully Submitted,


                            By:     ____/s/_____
                                    NICHOLAS A. PASCALE (NP-5766)
                                    TARSHIS, CATANIA, LIBERTH,
                                    MAHON & MILLIGRAM, PLLC
                                    Attorneys for the Respondent
                                    PENCOR-MASADA OXYNOL, LLC
                                    One Corwin Court, P.O. Box 1479
                                    Newburgh, NY  12550
                                    845)565-1100

TO: BEVERIDGE & DIAMOND, P.C.
    Attorneys for Petitioners
    477 Madison Avenue – 15th Floor
    New York, New York 10022-5802
    Tel. No. (212) 702-5400