NAP/lmf                           11593-56070                                    #408875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF MIDDLETOWN, MARLINDA DUNCANSON,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF MIDDLETOWN,                    **AFFIDAVIT OF SERVICE**
ROBERT MOSON, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE COMMON COUNCIL OF
THE CITY OF MIDDLETOWN, MAXINE MEYER,                  07 CV 6572 (CLB)
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, JAMES ROLLINS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY              State Court Index
AS A MEMBER OF THE COMMON COUNCIL OF THE               No.: 2007/6035
CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN,
JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE CITY
OF MIDDLETOWN, GERALD KLEINER, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN, RAYMOND
DEPEW, IN HIS OFFICIAL CAPACITY AS A MEMBER
OF THE COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, AND JOEL SIERRA, IN HIS OFFICIAL
CAPACITY AS A MEMBER OF THE COMMON COUNCIL
OF THE CITY OF MIDDLETOWN,

                                    Petitioners,

            -against-

PENCOR-MASADA OXYNOL, LLC,

                                    Respondent.
------------------------------------------------------------X

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF ORANGE)

   JOSEPH A. CATANIA, JR., ESQ., an attorney, duly affirms under penalty of perjury as follows:

   1.   I am not a party to the action, am over 18 years of age and reside at 628 River Road, Newburgh, New York.

NAP/lmf                           11593-56070                           #408875

2. On July 23, 2007, I served a true copy of the annexed DECLARATION OF COUNSEL by delivering the same personally to the persons at the address indicated below:

TO:     Michael Murphy, Esq.
        Attorney for City of Middletown, et al.
        At the Supreme Court
        Hon. Joseph G. Owen's Courtroom
        Goshen, New York

Dated: Newburgh, New York
       July 26, 2007

_____
JOSEPH A. CATANIA, JR., ESQ.

NAP/lmf                      11593-56070                      #408873

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
CITY OF MIDDLETOWN, MARLINDA DUNCANSON,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF MIDDLETOWN,                **AFFIDAVIT OF SERVICE**
ROBERT MOSON, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE COMMON COUNCIL OF
THE CITY OF MIDDLETOWN, MAXINE MEYER,              07 CV 6572 (CLB)
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, JAMES ROLLINS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY          State Court Index
AS A MEMBER OF THE COMMON COUNCIL OF THE           No.: 2007/6035
CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN,
JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE CITY
OF MIDDLETOWN, GERALD KLEINER, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN, RAYMOND
DEPEW, IN HIS OFFICIAL CAPACITY AS A MEMBER
OF THE COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, AND JOEL SIERRA, IN HIS OFFICIAL
CAPACITY AS A MEMBER OF THE COMMON COUNCIL
OF THE CITY OF MIDDLETOWN,

                              Petitioners,

      -against-

PENCOR-MASADA OXYNOL, LLC,

                              Respondent.
---------------------------------------------------------------------X

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF ORANGE)

      JOSEPH A. CATANIA, JR., ESQ., an attorney, duly affirms under penalty of perjury as follows:

      1.     I am not a party to the action, am over 18 years of age and reside at 628 River Road, Newburgh, New York.

NAP/lmf                              11593-56070                            #408873

      2.     On July 23, 2007, I served a true copy of the annexed Verified Answer with Counterclaims by delivering the same personally to the persons at the address indicated below:

TO:         Michael Murphy, Esq.
              Attorney for City of Middletown, et al.
              At the Supreme Court
              Hon. Joseph G. Owen's Courtroom
              Goshen, New York

Dated: Newburgh, New York
         July 26, 2007

                                                   JOSEPH A. CATANIA, JR., ESQ.

NAP/lmf            11593-56070            #408879

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITY OF MIDDLETOWN, MARLINDA DUNCANSON,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF MIDDLETOWN,      **AFFIDAVIT OF SERVICE**
ROBERT MOSON, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE COMMON COUNCIL OF
THE CITY OF MIDDLETOWN, MAXINE MEYER,      07 CV 6572 (CLB)
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE
CITY OF MIDDLETOWN, JAMES ROLLINS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY      State Court Index
AS A MEMBER OF THE COMMON COUNCIL OF THE    No.: 2007/6035
CITY OF MIDDLETOWN, THOMAS J. BURR, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN,
JOHN VANDERVOORT, IN HIS OFFICIAL CAPACITY
AS A MEMBER OF THE COMMON COUNCIL OF THE CITY
OF MIDDLETOWN, GERALD KLEINER, IN HIS
OFFICIAL CAPACITY AS A MEMBER OF THE COMMON
COUNCIL OF THE CITY OF MIDDLETOWN, RAYMOND
DEPEW, IN HIS OFFICIAL CAPACITY AS A MEMBER
OF THE COMMON COUNCIL OF THE CITY OF
MIDDLETOWN, AND JOEL SIERRA, IN HIS OFFICIAL
CAPACITY AS A MEMBER OF THE COMMON COUNCIL
OF THE CITY OF MIDDLETOWN,

                         Petitioners,

             -against-

PENCOR-MASADA OXYNOL, LLC,

                         Respondent.
------------------------------------------------------------------X

STATE OF NEW YORK)
                    ) ss.:
COUNTY OF ORANGE)

       JOSEPH A. CATANIA, JR., ESQ., an attorney, duly affirms under penalty of perjury as follows:

       1.     I am not a party to the action, am over 18 years of age and reside at 628 River Road, Newburgh, New York.

NAP/lmf                  11593-56070                  #408879

       2.      On July 23, 2007, I served a true copy of the annexed NOTICE OF REMOVAL and NOTICE OF FILING OF REMOVAL by delivering the same personally to the persons at the address indicated below:

TO:        Michael Murphy, Esq.
            Attorney for City of Middletown, et al.
            At the Supreme Court
            Hon. Joseph G. Owen's Courtroom
            Orange County Government Center
            Goshen, New York

            Orange County Clerk
            Orange County Government Center
            Goshen, New York

            Supreme Court Clerk
            Orange County Government Center
            Goshen, New York

Dated: Newburgh, New York
         July 26, 2007

                                                                JOSEPH A. CATANIA, JR., ESQ.

TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
P.O. BOX 1479 • NEWBURGH, N.Y. 12551 • (845) 565-1100