NAP/lmf                 11593-56070              #414511

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CITY OF MIDDLETOWN, ET. AL.,

                 Petitioners,

     -against-

PENCOR-MASADA OXYNOL, LLC,

                 Respondent.
-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

07-CV-6572 (CLB)

       I hereby certify that a copy of Respondent PENCOR-MASADA OXYOL, LLC.'s Declaration of Nicholas A. Pacale, Esq. in Opposition to Plaintiff's Motion to Remand to state court and to Strike the Declaration o Nicholas A. Pascale, Esq. in Opposition to Petition and Memorandum of Law in Opposition to the Motion of the city of Middletown, Et. Al. to Remand the Petition to State Court and to Strike the Delcaration of Nicholas A. Pascale, Esq. in Opposition to the Petitioner were Electronically filed and served by first class mail on September 7, 2007 to:

         Hon. Charles L. Brieant, U.S.D.J.
         United States District Court
         Southern District of New York
         300 Quarropas Street
         White Plains NY 10601

         Michael Murphy, Esq.
         BEVERIDGE & DIAMOND, P.C.
         477 Madison Avenue – 15th Floor
         New York, New York 10022-5802

Dated: Newburgh, New York
        September 7, 2007

                                                    _____
                                                    LINDA M. FISHER