UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITY OF MIDDLETOWN, et al.,                    :
                                               :
            Plaintiffs,                      :
                                               :
  -against-                                   :    Civil No. 07-6572 (CLB)
                                               :
PENCOR MASADA OXYNOL, LLC,                     :
                                               :
            Defendant.                       :
------------------------------------------------------------x

### Certificate of Service

I, Michael G. Murphy, Esq., hereby certify that a true and correct copy of Plaintiffs' Reply Memorandum of Law in support of Plaintiffs' Motion to Remand to State Court and to Strike the Declaration of Nicholas A. Pascale, Esq. in Opposition to Petition was served, on the 21st day of September 2007, on all counsel electronically via the ECF filing system and by federal express on the following:

    Nicholas A. Pascale, Esq.
    Tarshis, Catania, Liberth, Mahon & Milligram, PLLC
    One Corwin Court
    Newburgh, New York 12550
    (845) 565-1100
    *Attorneys for Defendant, Pencor Masada OxyNol, LLC*

                                                          _____
                                                          Michael G. Murphy, Esq. (MM 5472)